## Commonwealth *v.* Cole, Appellant.

Argued November 23, 1970.   Before JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Dennis E. Haggerty,* with him *William F. Coyle,* for appellant.

*Deborah E. Glass,* Assistant District Attorney, with her *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 18, 1971:

Judgment of sentence affirmed.   See *Bumper v. North Carolina,* 391 U.S. 543, 88 S. Ct. 1788 (1968).

Mr. Chief Justice BELL took no part in the consideration or decision of this case.

Mr. Justice COHEN took no part in the decision of this case.